UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANE A. LEMMONS,<br><br>    Plaintiff,<br><br> vs.<br><br>OZZIE KNEZOVICH,<br><br>    Defendant. | NO. CV-08-360-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

  Magistrate Judge Hutton filed a Report and Recommendation on February 9, 2009, recommending Mr. Lemmon's action be dismissed for failure to comply with 28 U.S.C. §§ 1914 and 1915.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The action is **DISMISSED WITHOUT PREJUDICE.**

  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

  **DATED** this 25th day of March 2009.

          *S/ Robert H. Whaley*

          ROBERT H. WHALEY
       CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1