# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SHANE A. LEMMONS,

                    Plaintiff,

                    JUDGMENT IN A CIVIL CASE

      v.

OZZIE KNEZOVICH,

                    CASE NUMBER: CV-08-360-JPH

                    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the action is DISMISSED WITHOUT PREJUDICE.

March 25, 2009                                                  JAMES R. LARSEN
*Date*                                                           *Clerk*
                                                                    s/ Pam Howard
                                                                    *(By) Deputy Clerk*
                                                                    Pam Howard